IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,               No. 2:12-cv-01178  GGH

   vs.

CAO NGUYET, et al.,

                                ORDER

      Defendants.

_____/

      On September 24, 2012 the parties stipulated to a dismissal of this action with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party bearing their own costs and attorneys' fees.  Dkt. 14.

      Considering the agreement of the parties, IT IS ORDERED that this action has been DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

DATED: January 9, 2013

                             /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

GGH9
Johnson-Nguyet stip.dism